UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE DEAN BALLARD,   Case No. 10-12518

      Plaintiff,   SENIOR UNITED STATES DISTRICT JUDGE
v.   ARTHUR J. TARNOW

COMMISSIONER OF SOCIAL   UNITED STATES MAGISTRATE JUDGE
SECURITY,   R. STEVEN WHALEN

      Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14], AND REMANDING CASE FOR FURTHER PROCEEDINGS

On June 24, 2011, Magistrate Judge Whalen issued a Report and Recommendation [15] that Plaintiff's Motion for Summary Judgment [9] be granted, that Defendant's Motion for Summary Judgment [14] be denied, and that the case be remanded for further proceedings pursuant to sentence four of §405(g), with instructions to consider the June 20, 1997 administrative findings pursuant to Acquiescence Ruling ("AR") 98-4.

  No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [9] is **GRANTED**.

  **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [14] is **DENIED**.

  **IT IS FURTHER ORDERED** that this matter is remanded for further proceedings pursuant

to sentence four of §405(g), with instructions to consider the June 20, 1997 administrative findings pursuant to Acquiescence Ruling ("AR") 98-4.

**SO ORDERED.**

DATED:   July 18, 2011              S/ARTHUR  J. TARNOW
                                                         ARTHUR J. TARNOW
                                                         United States Senior District Judge

     I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2011, by electronic and/or ordinary mail.

                                                         s/Shawntel R. Jackson
                                                         Case Manager